| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JOHN VANOUS, §
　　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 1:22-CV-10
　　　　　　　　　　　　　　§
THOMAS A CORDLE, JR., *et al.*, §
　　　　　　　　　　　　　　§
　　　　　Defendants. §

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, John Vanous, an inmate confined at the Mark Stiles Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § against Defendants Thomas A. Cordle, Jr. And Roshanda Y. Poullard.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends dismissing this complaint pursuant to 28 U.S.C. § 1915(g) (Doc. # 3).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.[1]

---

[1] Plaintiff received a copy of the Report and Recommendation on January 24, 2022 (Doc. #4). Plaintiff also filed a Motion for Leave to Proceed In Forma Pauperis on February 7, 2022 (Doc. # 5).

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED.** A Final Judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

SIGNED at Beaumont, Texas, this 23rd day of March, 2022.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE